UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
October 14, 2026
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

KYREE HALL

Defendant.

Case No. 2:26-cr-0170 TLN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release KYREE HALL Case No. 2:26-cr-0170 TLN Charges 21 USC § 641 from custody for the following reasons:

X Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

_____ (Other): .

Issued at Sacramento, California on October 14, 2026 at 2:25 PM

By: /s/ Carolyn K. Delaney

Chief Magistrate Judge Carolyn K. Delaney